| | |
|---|---|
| 1 | ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432) |
| | MICHAEL K. BRISBIN, ESQ. (SBN 169495) |
| 2 | WILSON, ELSER, MOSKOWITZ, |
| |    EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone:   (415) 433-0990 |
| | Facsimile:   (415) 434-1370 |
| 5 | |
| | Attorneys for Plaintiff, |
| 6 | **AMERICAN GENERAL LIFE INSURANCE COMPANY** |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.: 1:08-CV-01470 AWI DLB |
| Plaintiff, | **ORDER FOR PLAINTIFF AMERICAN GENERAL LIFE INSURANCE COMPANY'S REQUEST TO MOVE THE SCHEDULING CONFERENCE SET FOR MONDAY, MARCH 9, 2009** |
| v. | |
| FAUSTO FERNANDEZ, an individual; BENJAMIN YUNQUE JR., an individual; RICARDA MAGBUAL, an individual; LORETA SARIO, an individual; TIGRAN KHRLOBIAN, individually and as principal of LIGHTHOUSE INSURANCE MARKETING and principal of PROLINKS INSURANCE SERVICES, INC.; MOSES GAZAZIAN, individually and as principal of LIGHTHOUSE INSURANCE MARKETING and principal of PROLINKS INSURANCE SERVICES, INC.; RAZMIK KHACHATOURIANS, individually and as principal of LIGHTHOUSE INSURANCE MARKETING and principal of PROLINKS INSURANCE SERVICES, INC.; LIGHTHOUSE INSURANCE MARKETING, PROLINKS INSURANCE SERVICES, INC., WELLS FARGO BANK N.A., THE FAUSTO FERNANDEZ 2006 INSURANCE TRUST DATED JANUARY 1, 2007, by and through its Trustees; THE BENJAMIN YUNQUE JR. 2007 INSURANCE TRUST DATED JULY 18, 2007, by and through its Trustees; THE RICARDA MAGBUAL IRREVOCABLE LIFE INSURANCE TRUST DATED JANUARY 26, 2007, by and through its Trustees; THE LORETA SARIO 2007 INSURANCE TRUST DATED JUNE 25, 2007, by and through its Trustees; BRIAN BUCHANAN, as Trustee of the Fausto | |

- 1 -

| | |
|---|---|
| 1 | Fernandez 2006 Insurance Trust dated January 1, ) |
| | 2007, the Benjamin Yunque Jr. 2007 Insurance ) |
| 2 | Trust dated July 18, 2007, the Ricarda Magbual ) |
| | Irrevocable Life Insurance Trust dated January 26,) |
| 3 | 2007, and the Loreta Sario 2007 Insurance Trust ) |
| | dated June 25, 2007; NELIA LOPEZ, as Trustee ) |
| 4 | of the Fausto Fernandez 2006 Insurance Trust ) |
| | dated January 1, 2007, the Benjamin Yunque Jr. ) |
| 5 | 2007 Insurance Trust dated July 18, 2007, the ) |
| | Ricarda Magbual Irrevocable Life Insurance Trust ) |
| 6 | dated January 26, 2007, and the Loreta Sario 2007 ) |
| | Insurance Trust dated June 25, 2007; BRIAN ) |
| 7 | MANSON, as Trustee of the Fausto Fernandez ) |
| | 2006 Insurance Trust dated January 1, 2007, the ) |
| 8 | Benjamin Yunque Jr. 2007 Insurance Trust dated ) |
| | July 18, 2007, the Ricarda Magbual Irrevocable ) |
| 9 | Life Insurance Trust dated January 26, 2007, and ) |
| | the Loreta Sario 2007 Insurance Trust dated June ) |
| 10 | 25, 2007; WELLS FARGO BANK N.A., as ) |
| | Trustee of the Fausto Fernandez 2006 Insurance ) |
| 11 | Trust dated January 1, 2007, the Benjamin ) |
| | Yunque Jr. 2007 Insurance Trust dated July 18, ) |
| 12 | 2007, the Ricarda Magbual Irrevocable Life ) |
| | Insurance Trust dated January 26, 2007, and the ) |
| 13 | Loreta Sario 2007 Insurance Trust dated June 25, ) |
| | 2007; and DOES 1 through 10, Inclusive, ) |
| 14 | ) |
| | Defendants. ) |
| 15 | _____) |

## **ORDER**

In light of the request by counsel for Plaintiff American General Life Insurance Company, there being no prejudice to any party, and good cause appearing therefore, the Court hereby vacates the March 9, 2009 Scheduling Conference and resets said Conference for April 27th, 2009 at 8:45 am in Courtroom 9 of the United State District Court located in Fresno, California. A Joint Scheduling Conference report is due one week before the new Conference date.

IT IS SO ORDERED

27 January 2009                             /s/ *Dennis L. Beck*
                                                    U.S. Magistrate Judge