ADRIENNE C. PUBLICOVER, ESQ. (SBN 161432)
MICHAEL K. BRISBIN, ESQ. (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Plaintiff,
**AMERICAN GENERAL LIFE INSURANCE COMPANY**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FAUSTO FERNANDEZ, *et al.*,<br><br>　　　　Defendants. | Case No.: 08-CV-01470 AWI DLB<br><br>**ORDER FOR FURTHER EXTENSION OF TIME FOR ALL DEFENDANTS TO FILE A RESPONSIVE PLEADING** |

## ORDER

In light of Plaintiff AMERICAN GENERAL LIFE INSURANCE COMPANY'S Stipulation to further extend DEFENDANTS' time to file a responsive pleading to AGLIC'S First Amended Complaint, by an additional forty-five (45) days, and good cause appearing based upon the on-going settlement discussions, the early settlement approach of the Parties, and the need for additional time so the Parties can finalize closing documents, therefore, the Court

[Proposed] Order for Further Extension of Time for All Defendants to File a Responsive Pleading
Case No.: 08-CV-01470 AWI-DLB
419349.1

1

1  hereby Orders the deadline for all DEFENDANTS to file a responsive pleading

2  extended forty-five (45) days, up to and including Friday, April 3, 2009.

3

4  **IT IS SO ORDERED**.

5

6  Dated:  13 February 2009_____  ___/s/ Dennis L. Beck_____
                                  HONORABLE DENNIS L. BECK
7                                 UNITED STATES DISTRICT COURT JUDGE

[Proposed] Order for Further Extension of Time for All Defendants to File
a Responsive Pleading
Case No.:  08-CV-01470 AWI-DLB
419349.1

2